# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

R. W. KIRK, Trustee for the R.W. Kirk
IRA,

     Plaintiff,

-vs-            Case No.  6:07-cv-1502-Orl-22GJK

NASA CORRIDOR LIMITED
PARTNERSHIP and FRANK KROBOTH,

     Defendants.

---

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

   This cause came on for consideration without oral argument on the following motion filed

herein:

> **MOTION:**  **MOTION FOR COST JUDGMENT (Doc. No. 52)**
>
> **FILED:**   **February 9, 2009**
>
> ---
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED** in part.

  On February 3, 2009, the following judgment was entered for Plaintiff:

> . . . Plaintiff R.W. Kirk, Trustee for the R.W. Kirk IRA shall recover
> from Defendants, NASA Corridor Limited Partnership & Frank
> Kroboth, the sum of $127,120.25, plus prejudgment interest, with post-
> judgment interest thereon at the rate of .43% as provided by 28 U.S.C.
> [§] 1961, <u>along with Plaintiff's costs of action</u>.

Doc. No. 51.[1]  On February 9, 2009, Plaintiff timely filed a motion for entry of judgment awarding

costs in the amount of $3,193.55 (the "Motion").  Doc. Nos. 52, 52-2 at 3.  The Motion is supported

by an affidavit and a detailed schedule of all costs incurred by Plaintiff.  Doc. No. 52-2.  The Motion

requests an award of costs, among other costs, for mediation fees in the amount of $1,200.00.  Doc.

No. 52-2.  Defendants did not file a response to the Motion.

 Pursuant to 28 U.S.C. § 1920, costs are taxable for any of the following:

> A judge or clerk of any court of the United States may tax as costs the
> following:
> (1) Fees of the clerk and marshal;
> (2) Fees for printed or electronically recorded transcripts necessarily
> obtained for use in the case;
> (3) Fees and disbursements for printing and witnesses;
> (4) Fees for exemplification and the costs of making copies of any
> materials where the copies are necessarily obtained for use in the case;
> (5) Docket fees under section 1923 of this title;
> (6) Compensation of court appointed experts, compensation of
> interpreters, and salaries, fees, expenses, and costs of special
> interpretation services under section 1828 of this title.

*Id*.  Accordingly, costs for mediation are not taxable under 28 U.S.C. § 1920.  Therefore, the

undersigned recommends that Plaintiff's award of costs be reduced by $1,200.00.

 Based on the foregoing, the undersigned recommends that the Motion be GRANTED in part

and costs in amount of $1,993.55 ($3,193.55 - $1,200.00 = $1,993.55) be awarded to Plaintiff.

 Failure to file written objections to the proposed findings and recommendations contained in

this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking

the factual findings on appeal.

---

[1]On February 25, 2009, Defendants filed a notice of appeal.  Doc. No. 53.

Recommended in Orlando, Florida on February 27, 2009.


_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:


Presiding District Judge

Counsel of Record

Unrepresented Party

Courtroom Deputy