**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**R. W. KIRK, Trustee for the R.W. Kirk IRA,**

        **Plaintiff,**

**-vs-**                                        **Case No. 6:07-cv-1502-Orl-22GJK**

**NASA CORRIDOR LIMITED PARTNERSHIP and FRANK KROBOTH,**

        **Defendants.**
_____

## ORDER

This cause is before the Court on the Motion for Cost Judgment (Doc. No. 52) filed on February 9, 2009.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed February 27, 2009 (Doc. No. 54) is ADOPTED and CONFIRMED and made a part of this Order.

2. The Motion for Cost Judgment (Doc. No. 52) is GRANTED in part.

3.     No later than March 26, 2009 Plaintiff shall submit a proposed Bill of Costs in the amount of $1,993.55 to be taxed by the Clerk.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on March 18, 2009.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Docket Clerk- Digit 2

ANNE C. CONWAY
United States District Judge